Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | SAMUEL JAY MILES |
| **Docket Number:** | 1:07CR00324-01 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 06/16/2008 |
| **Original Offense:** | Felon in Possession of a Firearm<br>(CLASS C FELONY) |
| **Original Sentence:** | 63 months BOP; 36 months TSR, $100 special assessment, mandatory drug testing |
| **Special Conditions:** | 1) Search; 2) Financial information; 3) Drug and alcohol testing and treatment; 5) No alcohol; 6) Aftercare co-payment |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 08/30/2013 |
| **Assistant U.S. Attorney:** | Kimberly A. Sanchez    **Telephone:** 559-497-4000 |
| **Defense Attorney:** | Marc Days    **Telephone:** 559-487-5561 |
| **Other Court Action:** | None |

RE: **Samuel Jay MILES**
 **Docket Number: 1:07CR00324-01 AWI**
 **PETITION TO MODIFY THE CONDITIONS OR TERM**
 **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in the residential re-entry center, Turning Point of Central California, for a period of up to 120 days; said placement shall commence as directed by the United States Probation Officer, pursuant to 18 USC 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** The defendant is currently completing his term of imprisonment. Because he is without a suitable release plan, he is requesting placement at the local residential re-entry center so that he can work on a release plan. He has signed the Probation Form 49a-Waiver.

Respectfully submitted,

/s/ Leighann L. Milford

**LEIGHANN L. MILFORD**
**Senior United States Probation Officer**
Telephone: 559-499-5724

DATED: August 29, 2013
 Fresno, California
 llm

REVIEWED BY: /s/ Hubert J. Alvarez
 **HUBERT J. ALVAREZ**
 **Supervising United States Probation Officer**

RE:     Samuel Jay MILES
        Docket Number:  1:07CR00324-01 AWI
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:


August 30, 2013                                    /s/ ANTHONY W. ISHII
**Date**                                           **Signature of Judicial Officer**


cc:   United States Probation
      Kimberly A. Sanchez, Assistant United States Attorney
      Marc Days, Assistant Federal Defender